UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT M. GUTKOWSKI,

                Plaintiff,

-v-

GEORGE STEINBRENNER, III,

                Defendant.

No. 09 Civ. 7535 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/09

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a pre-motion letter submitted by Defendant, dated September 29, 2009. Plaintiff is hereby ordered to provide the Court with a response, as set forth in my Individual Practices, Rule 2, which shall be *received* no later than Friday, October 2, 2009. The letter shall be sent to the chambers' email address at sullivannysdchambers@nysd.uscourts.gov. The Court will thereafter hold a pre-motion conference on Friday, October 16, 2009 at 2:30 p.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    September 29, 2009
           New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE